Zein E. Obagi, Jr. (SBN 264139)
*zo@obagilaw.com*
OBAGI LAW GROUP, P.C.
811 Wilshire Blvd., Suite 1709
Los Angeles, CA 90017
Telephone: (424) 284-2401
Facsimile:  (424) 204-0719

ANDREW Z. TAPP (FBN 68002)
Pro Hac Vice
*andrew@metropolitan.legal*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABDALLA FAIZ JOSEPH**, an Individual, and **SAVE MORE FOOD MART D/B/A SAV MORE MARKET**, a California Proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 20-cv-02955-JD<br><br>**NOTICE AND CERTIFICATE OF PROOF OF SERVICE** |

COMES NOW, the Plaintiffs, ABDALLA FAIZ JOSEPH, an Individual, and SAVE MORE FOOD MART D/B/A SAV MORE MARKET, a California Proprietorship, by and through their undersigned counsel and NOTICES THIS Court that the Plaintiffs have served upon the Defendant a copy of:

1

**Complaint [ECF Doc. 1];**
**Exhibit A to Complaint [ECF Doc. 1-1];**
**Civil Cover Sheet [ECF Doc. 1-2];**
**Order Setting Initial Case Management Conference**
**and ADR Deadlines [ECF Doc. 3];**
**Application for Admission of Attorney Pro Hac Vice [ECF Doc. 5];**
**Exhibit A to Admission of Attorney Pro Hac Vice [ECF Doc. 5-1];**
**Order Granting Application of Attorney Pro Hac Vice [ECF Doc. 6];**
**Motion for Equitable Tolling and to Excuse Late Filing [ECF Doc. 7];**
**Memorandum in Support of Plaintiffs' Motion**
**For Equitable Tolling and to Excuse Late Filing [ECF Doc. 7-1];**
**Exhibit A- Plaintiffs, Abdalla Faiz Joseph's Affidavit In Support of Motion**
**For Equitable Tolling and to Excuse Late Filing [ECF Doc. 7-2]; and**
**Proposed Order Granting Plaintiffs' Motion for Equitable Tolling and**
**to Excuse Late Filing [ECF Doc. 7-3].**

And attached as Exhibit "A" are the PS Forms 3811, Domestic Return Receipts dated:

May 11, 2020, in the above styled cause as proof of service respectively upon:

1. Civil Process Clerk, U.S. Attorney's Office-Northern District of California;

2. Attorney General of the United States; and

3. United States Department of Agriculture-Food and Nutrition Services

Respectfully submitted this 29th day of May, 2020.

/s/ Zein E. Obagi, Jr.
Zein E. Obagi, Jr. (SBN 264139)
*zo@obagilaw.com*
OBAGI LAW GROUP, P.C.
811 Wilshire Blvd., Suite 1709
Los Angeles, CA 90017
Telephone: (424) 284-2401
Facsimile:  (424) 204-0719

And

/s/ *Andrew Z. Tapp*
Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
*andrew@metropolitan.legal*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and further certify that I will serve a copy of this document upon each party no later than fourteen days after appearance of the party.

/s/ *Andrew Z. Tapp*
**ANDREW Z. TAPP, ESQ.**
Florida Bar No.: 68002

3